**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-CR-00094-LRH-DJA |
| Plaintiff, | ) |
| vs. | ) **ORDER APPROVING** STIPULATION TO CONTINUE SENTENCING (First Request) |
| MARTHA L. WILLIAMS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the United States of America, by and through NICHOLAS A. TRUTANICH, United States' Attorney and JARED GRIMMER, Assistant United States' Attorney, and Defendant MARTHA WILLIAMS, by and through her attorney, MICHAEL I. GOWDEY, ESQ., that the above-encaptioned matter, currently set for Sentencing May 5, 2020, at 11:15 a.m. be vacated and continued for a period of at least 120 days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into based on the following:

1. The current COVID 19 Pandemic has caused disruption to court calendars and caused disruption to counsel's ability to adequately prepare for the sentencing date as currently set. The Court has instructed the parties to notify the Court if there does not exist an adequate reason to continue the sentencing date. No such reason

-1-         LAW OFFICES OF MICHAEL I. GOWDEY
                  NEVADA BAR NO. 6994
                  815 S. CASINO CENTER BLVD.
                  LAS VEGAS, NV 89101

exists. Counsel for Defendant and Counsel for the Government hereby stipulate to continue the sentencing of Defendant a minimum 120 days.

2. Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance. The Defendant is out of custody and is not prejudiced by the continuance.

3. Denial of this request for continuance would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly research and prepare for sentencing in this case, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing in this case.

6. This is the first request for continuance of sentencing in this case.

DATED this 20th day of April, 2020.

Respectfully submitted,

/s/ JARED L. GRIMMER                  /s/ MICHAEL I. GOWDEY, ESQ.
JARED L. GRIMMER, Assistant U.S. Attorney   MICHAEL I. GOWDEY, ESQ.
Office of the United States Attorney   Attorney for Defendant
For the District of Nevada             MARTHA L. WILLIAMS

LAW OFFICES OF MICHAEL I. GOWDEY
NEVADA BAR NO. 6994
815 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-00094-LRH-DJA |
| Plaintiff, | ) |
| vs. | ) FINDINGS OF FACT, CONCLUSIONS OF LAW<br>) AND ORDER TO CONTINUE TRIAL |
| MARTHA L. WILLIAMS, | ) |
| Defendant | ) |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER TO CONTINUE TRIAL**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

2. The current COVID 19 Pandemic has caused disruption to court calendars and caused disruption to counsel's ability to adequately prepare for the sentencing date as currently set. The Court has instructed the parties to notify the Court if there does not exist an adequate reason to continue the sentencing date. Counsel for both Defendant and the Government have indicated that no such reason exists. Pursuant to the Court's inquiry, Counsel for Defendant and Counsel for the Government have stipulated to continue the sentencing of Defendant a minimum 120 days.

1. Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance. The Defendant is out of custody and is not prejudiced by the continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the parties herein

sufficient time to prepare for sentencing in this case, taking into account the exercise of due diligence.

    2.    Additionally, the denial of this request would constitute a miscarriage of Justice.

    3.    Defendant is not in custody, and agrees with this continuance.

    4.    For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date, and such continuance outweighs the best interest of the public and the Defendant in a speedy sentencing.

<u>ORDER</u>

IT IS ORDERED that the sentencing in the above-captioned matter currently scheduled for May 5, 2020, at the hour of 11:15 a.m., be vacated and continued to Tuesday, September 8, 2020, at the hour of 9:30 a.m., in a Las Vegas courtroom to be announced at a later time.

DATED this 21st day of April, 2020.

_____
HONORABLE LARRY R. HICKS
United States District Judge