UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-0094-LRH-DJA |
| Plaintiff, | ) |
| vs. | ) FINDINGS OF FACT, CONCLUSIONS OF LAW ) AND ORDER TO CONTINUE SENTENCING |
| MARTHA L. WILLIAMS, | ) |
| Defendant | ) |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER TO CONTINUE SENTENCING**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

2. The current COVID 19 Pandemic has caused disruption to court calendars and caused disruption to counsel's ability to adequately prepare for the sentencing date as currently set. The Court has instructed the parties to notify the Court if there does not exist an adequate reason to continue the sentencing date. Counsel for both Defendant and the Government have indicated that no such reason exists. Pursuant to the Court's inquiry, Counsel for Defendant and Counsel for the Government have stipulated to continue the sentencing of Defendant a minimum of 60 days, until such time as the Court has an in-person sentencing date available.

1. Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance. The Defendant is out of custody and is not prejudiced by the continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the parties herein

-1-

sufficient time to prepare for sentencing in this case, taking into account the exercise of due diligence.

2. Additionally, the denial of this request would constitute a miscarriage of Justice.

3. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date, and such continuance outweighs the best interest of the public and the Defendant in a speedy sentencing.

## ORDER

IT IS ORDERED that the sentencing in the above-captioned matter currently scheduled for September 8, at the hour of 11:15 a.m., be vacated and continued to a date and time to be determined. The Court will enter a separate order advising the parties of the date and time determined for the sentencing.

DATED this 2nd day of September, 2020.

_____
HONORABLE LARRY R. HICKS
United States District Judge