# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00094-LRH-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MARTHA L. WILLIAMS, | |
| Defendant. | |

Pursuant to the parties' status report (ECF No. 53) and stipulation set forth therein, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 29, 2020, at 9:30 a.m., is vacated and continued to Thursday, March 4, 2021, at 9:30 a.m., in a Las Vegas Courtroom to be determined.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE